**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6796**

TOCCARA YVONNE PULLER,

        Plaintiff - Appellant,

    v.

UNKNOWN,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:24-cv-00137-JAG-MRC)

Submitted:  November 19, 2024           Decided:  November 22, 2024

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Toccara Yvonne Puller, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toccara Yvonne Puller appeals the district court's order dismissing her 42 U.S.C. § 1983 action without prejudice for failure to comply with the court's order directing her to file an amended complaint.[*] *See* Fed. R. Civ. P. 41(b). We review a district court's dismissal under Rule 41(b) for abuse of discretion. *Attkisson v. Holder*, 925 F.3d 606, 625 (4th Cir. 2019). We have reviewed the record and discern no abuse of discretion. Accordingly, we affirm. *Puller v. Unknown*, No. 3:24-cv-00137-JAG-MRC (E.D. Va. July 25, 2024). We deny Puller's motions to grant appeal and to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] As the district court did not provide further leave to amend, the order is final. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).